No. 80-245. OCEANIC NAVIGATION CORP. ET AL. *v.* SARAUW. C. A. 3d Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Scindia Steam Navigation Co.* v. *De Los Santos, ante,* p. 156.

No. 80-455. FUTO, ADMINISTRATRIX *v.* LYKES BROTHERS STEAMSHIP CO., INC., ET AL. C. A. 5th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Scindia Steam Navigation Co.* v. *De Los Santos, ante,* p. 156.

No. 80-1643. SILVER BULK SHIPPING. LTD. *v.* MCCARTHY. C. A. 3d Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Scindia Steam Navigation Co.* v. *De Los Santos, ante,* p. 156.

No. 80-6017. PAYTON *v.* HARRIS. C. A. 2d Cir. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated, and case remanded for further consideration in light of *Cuyler* v. *Adams,* 449 U. S. 433 (1981).

No. A-856 (80-1728). YEOHAM ET AL. *v.* UNITED STATES ET AL. C. A. 5th Cir. Application for stay, addressed to JUSTICE REHNQUIST and referred to the Court, denied.

No. A-870. PREMACHANDRA *v.* MITTS, ACTING ASSOCIATE DEPUTY CHIEF MEDICAL DIRECTOR, VETERANS ADMINISTRATION, DEPARTMENT OF MEDICINE AND SURGERY, ET AL. Application for injunction, addressed to JUSTICE BRENNAN and referred to the Court, denied.

No. D-198. IN RE DISBARMENT OF FOGEL. Disbarment entered. [For earlier order herein, see 449 U. S. 979.]

No. D-200. IN RE DISBARMENT OF MCMAHON. Disbarment entered. [For earlier order herein, see 449 U. S. 1006.]